JS - 6

FILED: 2/23/15

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Unicolors, Inc.*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>*Neiman Marcus, Inc., et al.*,<br><br>　　　　　Defendants. | CASE NO. CV 14-3212-GHK (VBKx)<br><br>JUDGMENT |

　　　Pursuant to the Court's February 23, 2015 Order, IT IS HEREBY ADJUDGED that Plaintiff's Complaint is **DISMISSED without prejudice** as to Defendants Phoebe Company, LLC and Kay Unger New York. Plaintiff shall take nothing from these Defendants by this Complaint.

　　　**IT IS SO ORDERED**.

DATED: February 23, 2015

_____
GEORGE H. KING
Chief United States District Judge